USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-3-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Rashid Mahmood,

       Plaintiff

-- v. --

  1:19-CV-9381 (ALC)

  **ORDER**

Richard Lee Kissinger, Jr. and We
Transport, LLC,

       Defendant.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference previously scheduled for December 3, 2019 at 2:00 p.m. is ADJOURNED to December 3, 2019, at 11:30 a.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

**Dated:** December 3, 2019
   New York, New York

           ANDREW L. CARTER, JR.
           United States District Judge