USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-4-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RASHID MAHMOOD,

         Plaintiff

         1:19-CV-09381 (ALC)

--v.--

         ORDER

RICHARD KISSINGER, JR. and WE
TRANSPORT, LLC,

         Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR.**, United States District Judge:

  The status conference previously scheduled for December 4, 2019 at 11:30 a.m. is

ADJOURNED.

**SO ORDERED.**

**Dated:** December 4, 2019

   New York, New York

                ANDREW L. CARTER, JR.
                United States District Judge