**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
RASHID MAHMOOD,                            :
                                           :
                Plaintiff,                 :        19-CV-9381 (ALC) (OTW)
                                           :
        -against-                          :        SCHEDULING ORDER
                                           :
WE TRANSPORT LLC, et al.,                  :
                                           :
                Defendants.                :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

In light of the COVID-19 pandemic, the settlement conference scheduled for April 9, 2020 is hereby adjourned. By **April 2, 2020**, Parties are directed to submit a joint letter via email to Chambers with a list of proposed dates in May and June for a rescheduled conference.

**SO ORDERED.**

Dated: March 27, 2020
      New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge